**95–1619.** Guess v. Judges. In Mandamus. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1658.** State ex rel. Sweet v. Leffler. In Mandamus. *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and F.E. SWEENEY, J., dissent and would grant an alternative writ.

**95–1705.** Guess v. Judges. In Mandamus. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1752.** Landis v. Fifth Dist. Court of Appeals. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1754.** Hollis v. McFaul. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., dissents.